**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Eduardo Torres Artega, | No. CV-21-00078-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Tracy Renaud, et al., | |
| Defendants. | |

The Plaintiff-Petitioner having filed a Notice for Voluntary Dismissal and finding good cause,

**Accordingly,**

**IT IS ORDERED** that this case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and the Clerk of the Court shall close this case.

Dated this 21st day of April, 2021.

Honorable David C. Bury
United States District Judge